IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR213 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TERRY TYLER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence under 18 U.S.C. § 3582(c)(2) (Filing No. 211). Defense counsel has been appointed and entered an appearance (Filing No. 214). The probation office has prepared a worksheet recommending a reduction.

IT IS ORDERED that the parties must file a stipulation or separate briefs stating their positions on or before April 16, 2012.

DATED this 15th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge